**Angelina BERRIOS, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 05–3034.

United States Court of Appeals, Federal Circuit.

July 8, 2005.

Before MICHEL, Chief Judge, LOURIE and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.